IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bristol Township, :
               Petitioner :
                 : No. 547 C.D. 2019
          v. :
                 :
Pennsylvania Labor Relations Board, :
               Respondent :

## *AMENDING ORDER*

AND NOW, this 11th day of May, 2020, the last sentence of the first paragraph on page 6 of the opinion filed April 24, 2020, is amended to reflect the following correction:

> Furthermore, the ~~Board~~ **Township** asks us to adopt, seemingly as a matter of first impression, a rule that non-Act 111 bargaining units consisting of only a single member are inappropriate.

_____
PATRICIA A. McCULLOUGH, Judge